# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1623

_____

United States of America

*Plaintiff - Appellee*

v.

Norris O'Dell Hughes, Jr.

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Central
_____

Submitted: September 18, 2023
Filed: October 6, 2023
[Unpublished]

_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

After violating the conditions of supervised release, Norris Hughes received an eight-month prison sentence. He challenges the decision to revoke rather than order drug treatment.

We conclude that the district court[1] did not abuse its discretion. *See United States v. Melton*, 666 F.3d 513, 516 (8th Cir. 2012). It carefully considered Hughes's arguments but ultimately concluded that his criminal history and multiple drug violations made prison time a more appropriate option. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) ("A district court need only find a single violation to revoke a defendant's supervised release."). We accordingly affirm the judgment of the district court.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.